No. 65. IOWA MOTOR VEHICLE ASSOCIATION ET AL. *v.* BOARD OF RAILROAD COMMISSIONERS OF IOWA ET AL.; and No. 69. HAWKEYE STAGES, INC. *v.* SAME. Argued December 9, 1929. Decided January 6, 1930. *Per Curiam:* Decrees affirmed upon the authority of *Bekins Van Lines, Inc.* v. *Riley, ante,* p. 80. *Mr. Casper Schenk,* with whom *Messrs. C. S. Bradshaw, John A. Senneff, W. L. Bliss,* and *H. S. Hunn* were on the brief, for Iowa Motor Vehicle Association. *Messrs. John J. Halloran* and *A. D. Pugh* were on

the brief for Hawkeye Stages, Inc. *Messrs. John Fletcher,* Attorney General of Iowa, *Maxwell A. O'Brien,* Assistant Attorney General, *J. H. Henderson,* Commerce Counsel of Iowa, and *Stephen Robinson,* Assistant Commerce Counsel, were on the brief for the Board of Railroad Commissioners of Iowa *et al.*